943 A.2d 615

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,

v.

## Mark Thomas MIXTER, Respondent.

## Misc. Docket AG No. 71, Sept. Term, 2007.

Court of Appeals of Maryland.

March 7, 2008.

## ORDER

Upon consideration of the Joint Petition for Reprimand by Consent filed herein, and in consideration of the facts set forth therein, it is this 7th day of March, 2008

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Mark T. Mixter, be, and he is hereby reprimanded, and it is further,

ORDERED, that the Clerk of this Court shall give the notice required by Maryland Rule 16–723(e).